No. 656, Misc. REECE *v.* UNITED STATES ET AL., *ante,* p. 912;

No. 901, Misc. WATSON *v.* SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT, 393 U. S. 1114;

No. 1276, Misc. JENNISON *v.* UNITED STATES, *ante,* p. 912;

No. 1332, Misc. McGURRIN *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT, 393 U. S. 1075;

No. 1362, Misc. SMITH *v.* LAIRD, SECRETARY OF DEFENSE, *ante,* p. 934; and

No. 1469, Misc. FURTAK *v.* MANCUSI, WARDEN, *ante,* p. 939. Petitions for rehearing denied.

No. 971, Misc. LYNCH *v.* LANDY, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, UNITED STATES DEPARTMENT OF LABOR, ET AL., 393 U. S. 1070. Petition for rehearing and other relief denied.

APRIL 28, 1969.

No. ——. UNITED TELEPHONE COMPANY OF FLORIDA *v.* MAYO ET AL. Sup. Ct. Fla. Motion of appellant to dismiss appeal under Rule 14 (1) granted. *Charles Pickett* on the motion.

No. ——. MENDEZ *v.* CRAVEN, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 2000, Misc. IN RE DISBARMENT OF SULLIVAN. It is ordered that Thomas W. Sullivan of Montgomery, Alabama, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.